IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

                Plaintiff,

      v.                                               Case No. 04-20019-001-KHV

ELLA LADD,

                Defendant.

      v.

FIRST NATIONAL BANK
PO Box 7428
Overland Park, KS  66207-0428

                Garnishee-defendant.

## ORDER RELEASING GARNISHMENT

Plaintiff, United States of America, hereby moves the court for an order releasing and discharging the garnishee-defendant in the above-entitled action which was filed April 13, 2005, (Doc. #26).  In consideration whereof, it is by the Court,

ORDERED that the garnishee-defendant is hereby released and discharged as garnishee in the above entitled action as the debt has been paid in full through other sources.

No payments have been paid to plaintiff, United States of America, by garnishee, First National Bank, as the result of the Writ of Continuing Garnishment filed April 13, 2005.

IT IS SO ORDERED, this 5th day of May, 2005.

                                 s/ Kathryn H. Vratil
                                 KATHRYN H. VRATIL
                                 UNITED STATES DISTRICT JUDGE

Submitted by:

ERIC F. MELGREN
United States Attorney


s/ Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney
Ks. S.Ct. No. 11116
Federal Building, Suite 290
444 SE Quincy
Topeka, KS 66683-3592
Telephone:  (785) 295-2850
Facsimile:  (785) 295-2853
E-mail: Tanya.Wilson@usdoj.gov
Attorneys for the United States