IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


UNITED STATES OF AMERICA,

                Plaintiff,

    v.                                                  Case No. 04-20019-001-KHV

ELLA LADD,

                Defendant.

    v.

AMERITRADE, COMPLIANCE DEPARTMENT
Attention: James Vihstadt
PO Box 2148
Omaha, NE 68103,

                Garnishee-defendant.


## ORDER RELEASING GARNISHMENT

Plaintiff, United States of America, hereby moves the Court for an order releasing and

discharging the garnishee-defendant in the above-entitled action which was filed December 17, 2004,

(Doc. #25).   In consideration whereof, it is by the Court,

ORDERED that the garnishee-defendant is hereby released and discharged as garnishee in the

above-entitled action as the judgment debt has been paid in full.

Payments totaling $23,571.91 have been paid to plaintiff, United States of America, by

garnishee, First National Bank, as the result of the Writ of Continuing Garnishment filed December 17,

2004.

IT IS SO ORDERED, this 5th day of May, 2005.


                                                    s/ Kathryn H. Vratil
                                                    KATHRYN H. VRATIL
                                                    UNITED STATES DISTRICT JUDGE


Submitted by:

ERIC F. MELGREN
United States Attorney



s/ Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney
Ks. S.Ct. No. 11116
Federal Building, Suite 290
444 SE Quincy
Topeka, KS 66683-3592
Telephone:  (785) 295-2850
Facsimile:  (785) 295-2853
E-mail: Tanya.Wilson@usdoj.gov
Attorneys for the United States